## VAIL v. BLUMENTHAL.

(City Court of New York, Special Term.   March 5, 1903.)

1. MUNICIPAL COURT PRACTICE—REMOVAL OF CAUSE—NEW PLEADINGS.

Under Laws 1902, p. 1490, c. 580, § 3, providing that a defendant in the Municipal Court may, after issue is joined, and before an adjournment, apply for an order removing the action, the pleadings remain the same after removal, unless amendment is allowed; and, where a case was removed after issue was joined by answer, plaintiff was not entitled to consideration of a demurrer to the new matter in the answer.

Action by one Vail against one Blumenthal.   Removed from the Municipal Court.   On objection to consideration of plaintiff's demurrer to new matter in the answer.   Objection sustained.

Baldwin & White, for plaintiff.
Gilchrist & Blumenthal, for defendant.

O'DWYER, J.   In the Municipal Court a written, verified complaint was served, and a written, verified answer interposed thereto. The action was then removed to this court pursuant to section 3, c. 580, p. 1490, Laws 1902.   That statute provides that "the defendant may, after issue is joined and before an adjournment * * * apply * * * for an order removing the action."   Upon the removal of an action from the Municipal Court to this court, the pleadings remain the same, unless amendment thereof be allowed.   In this case, after the same had been removed to this court, plaintiff served a written demurrer to the new matter contained in the answer, describing the same as a defense, and to the counterclaim contained in said answer.   The issue of law attempted to be thus joined has been brought on for trial by plaintiff, and defendant objects to a consideration thereof upon the ground that the demurrer was not interposed in the Municipal Court, and that the service thereof, without leave of this court, is improper and of no effect.   The objection is sustained.   The issue must be joined before the action is removed, and may not be changed.   The pleadings in the Municipal Court cannot be amended, except by permission, and then only to the extent allowed in the lower court.   The demurrer served herein is an additional pleading, creating a different issue from that joined in the Municipal Court, and is not an amendment with permission of any pleading in that court.

Demurrer dismissed, with $10 costs.   Settle order hereon on one day's notice.